McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $30,000.00 IN U.S. CURRENCY,<br><br>　　　　　Defendant. | 2:20-CV-00741-TLN-AC<br><br>STIPULATION AND ORDER TO SET ASIDE CLERK'S DEFAULT AGAINST JUBER FLORES-SUAREZ |

　　　　It is hereby stipulated by and between the United States and claimant Juber Flores-Suarez ("Flores"), by and through their respective counsel of record, as follows:

　　　　1.　　　　On or about September 29, 2020, the Clerk of the Court entered a Clerk's Certificate of Entry of Default against Juber Flores-Suarez and Rafael Martinez-Suarez.  ECF No. 9.

　　　　2.　　　　On or about November 17, 2020, claimant Flores filed a Verified Claim asserting an interest in $20,000.00 of the Approximately $30,000.00 in U.S. Currency.  ECF No. 11.

///

///

///

///

///

///

3. The parties request to set aside the Clerk's Certificate of Entry of Default against Claimant Juber Flores-Suarez. The Clerk's Certificate of Entry of Default shall remain in place for Rafael Martinez-Suarez.

Dated: 11/19/2020  McGREGOR W. SCOTT
United States Attorney

 /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: November 19, 2020  /s/ Brett A. Purtzer
BRETT A. PURTZER
Attorney for Claimant Juber Flores-Suarez

(Original signature retained by attorney)

## ORDER

For the reasons set forth above, the Clerk's Certificate of Entry of Default against claimant Juber Flores-Suarez is set aside.

IT IS SO ORDERED.

Dated: November 19, 2020

Troy L. Nunley
United States District Judge