PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>APPROXIMATELY $30,000.00 IN U.S. CURRENCY,<br><br>        Defendant. | 2:20-cv-00741-TLN-AC<br><br>**STIPULATION FOR FINAL JUDGMENT OF FORFEITURE** |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1. This is a civil action *in rem* brought by the United States for forfeiture of Approximately $30,000.00 in U.S. currency connected to drug activity.

2. A Verified Complaint for Forfeiture *In Rem* was filed on April 10, 2020 (hereafter "Complaint" or "Verified Complaint"). The complaint alleged that the *In Rem* defendant currency is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

3. On April 20, 2020, the Clerk issued a Warrant for Arrest for the *In Rem* Defendant and that warrant was duly executed on April 24, 2020.

4. Beginning on April 18, 2020, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov.  A Declaration of Publication was filed on May 18, 2020.

5. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals:

    a. Rafael Martinez-Suarez

    b. Juber Flores-Suarez.

6. The Clerk of the Court entered a Clerk's Certificate of Entry of Default against Juber Flores-Suarez ("Flores-Suarez") and Rafael Martinez-Suarez on September 29, 2020. On November 19, 2020, a Stipulation and Order to Set Aside the Clerk's Entry of Default Against Juber Flores-Suarez was entered by the Court. Pursuant to Local Rule 540, the United States and claimant thus join in a request that as part of this Final Judgment of Forfeiture the Court enter a default judgment against the interests, if any, of Rafael Martinez-Suarez without further notice. No other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

7. Claimant Flores-Suarez filed a claim alleging an interest in $20,000.00 of the Approximately $30,000.00 in U.S. Currency on November 17, 2020.

8. Claimant Flores-Suarez represents and warrants that he is the sole owner of $20,000.00 of the defendant currency.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

9. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

10. Upon entry of a Final Judgment of Forfeiture, $20,000.00 of the Approximately $30,000.00 in U.S. Currency, together with any interest that may have accrued on the total amount, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

11. Upon entry of a Final Judgment of Forfeiture herein, but no later than 60 days thereafter, $10,000.00 of the Approximately $30,000.00 in U.S. Currency shall be returned to claimant Juber Flores-Suarez, through his attorney Brett A. Purtzer

12. The United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the filing of the Complaint and the posting of the defendant property with the Complaint

and Notice of Complaint. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said filing of the Complaint and the posting of the defendant property with the Complaint and Notice of Complaint, as well as to those now known or disclosed. The parties waived the provisions of California Civil Code § 1542.

13. All parties are to bear their own costs and attorneys' fees.

14. The U.S. District Court for the Eastern District of California, Hon. Troy L. Nunley, District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

15. Based upon the allegations set forth in the Complaint filed April 10, 2020, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the filing of the Complaint and the arrest of the defendant currency, and for the commencement and prosecution of this forfeiture action.

SO ORDERED.

Dated: February 23, 2022

_____
Troy L. Nunley
United States District Judge